UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHNNY BURGESS
  Plaintiff,

V.                    Case No.: To Be Set
                      2:21-cv-618-JLB-MRM

Derek Snider
Captain Ramsey
Lieutenant Hughley
Sergeant Tobil
Officer John Doe
     Defendants /

FILED 2021 AUG 18 PM 12:11

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Johnny Burgess DC# U05762
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, Florida 33955

### B. The Defendant(s)

Defendant No. 1    Derek Snider
  rank               Warden
  employer           F.D.L.E./F.D.O.C.

| | |
|---|---|
| Address | Charlotte C.I. |
| | 33123 Oil Well Road |
| | Punta Gorda, Florida 33955 |
| | Sued: Individual & Official Capacities |
| Defendant No. 2 | FNU Romsey |
| rank | Captain |
| Employer | F.D.L.E./F.D.O.C |
| Address | Charlotte C.I. |
| | 33123 Oil Well Road |
| | Punta Gorda, FL 33955 |
| | Sued: Individual & Official Capacities |
| Defendant No. 3 | FNU Hughley |
| rank | Lieutenant |
| Employer | F.D.L.E./F.D.O.C |
| Address | Charlotte C.I. |
| | 33123 Oil Well Road |
| | Punta Gorda, FL 33955 |
| | Sued: Individual & Official Capacities |
| Defendant No. 4 | FNU Tabil |
| rank | Sergeant |
| Employer | F.D.L.E./F.D.O.C |
| Address | Charlotte C.I. |
| | 33123 Oil Well Road |
| | Punta Gorda, FL 33955 |
| | Sued: Individual & Official Capacities |
| Defendant No. 5 | John Doe |
| rank | Officer |
| Employer | F.D.L.E./F.D.O.C |
| Address | Charlotte C.I. |

Case 2:21-cv-00618-JLB-KCD   Document 1   Filed 08/18/21   Page 3 of 17 PageID 3

33123 Oil Well Road
Punta Gorda, FL 33955
sued: Individual & official Capacities

## II. Basis for Jurisdiction

A. Are You bringing suit against

☐ Federal officials (a Bivens claim)

☑ State or local officials (a §1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and federal laws." 42 U.S.C. §1983. If You are suing under section 1983, what federal constitutional or statutory right(s) do You claim is/are being violated by state or local officials?

My 8th United States Constitutional Amendment Right was violated by the defendants when staff applied unnecesary/excessive force by utilizing chemical agents to assault me with

C. Plaintiffs suing under Bivens may only recover for the violations of certain constitutional rights. If You are suing under Bivens, what constitutional right(s) do You claim is/are being violated by federal officials?

N/A (Not Applicable)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. §1983. If you are suing under section 1983, explain how each defendant acted under color of federal law.

Sergeant TABIL had framed & lied on me by setting me up to be sprayed with chemical agents out of retaliation for filing grievances against him and other staff which is a violation pursuant to chapter 33-103.017. Because Tabil stated that whenever he decides to set me up, that He can do whatever He wants to do with me cause his Lieutenant (Hughley) & Captain (Ramsey) will back him up. Now after I was gassed/sprayed the first time, Lieutenant Hughley ordered the unknown defendant (listed herein as John Doe) to spray me with gas again. So a second application of chemical agents were applied unnecessarily for explaining myself to him which was excessive & unnecessary force which is a violation pursuant to chapter/rule 33-602.210 (2)(e). Captain Ramsey conspired and permitted subordinate staff to Assault & Batter me with the chemical agents which they use as a tool and tactic to harm Inmates with. And Warden Snider approved of this illegal use of force afterwards. And all staff defendants listed herein acted under the color of state law.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other (explain) N/A (Not Applicable)

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose
   N/A   (Not Applicable)

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
   On March 22, 2021 between 7:30 pm - 8:30 pm

at Charlotte Correctional Institution in F-dormitory cell #1105 and shower #2 of wing #1 of F-dorm

C. What date and approximate time did the events giving rise to your claim(s) occur?
On March 22, 2021 between 7:30pm - 8:30pm

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)
Sergeant Tabil set me up to be gassed & sprayed with chemical agents out of retaliation for filing grievances against him and staff. Lieutenant Hughley ordered the unknown defendant, (listed herein as John Doe), to gas me applying excessive force unnecessarily without probable cause. Captain Ramsey refused to prevent his subordinates from assaulting me with the chemical agents. And Warden Snider was in charge to review the use of force to approve or disapprove of it. And Warden Snider approved of this illegal use of force afterwards. Therefore, all defendants listed herein all acted under the color of state law.

V. Injuries.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not recieve

Breathing problems (respiratorial complications), lung distress, skin burn, eye burning, blurred/impaired eye vision, burning sensation on the inside & outside of my throat and mouth, burning sensation all over my anus & testicles (penis) and burning sensation all over my entire body being that I got sprayed directly in the face at point blank range with the big gas can "fogger" resulting in gas going up my nose, down my throat, into my mouth, into my eyes, all in my ears causing my ears to burn and ring non stop

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims

I'm seeking $3,500 from each defendant for compensatorial damages for the pain & injuries I suffered from due to this. I'm seeking $3,500 from each defendant for punitive damages being that I was harmed on purpose out of retaliation for filing grievances against staff in good faith. And I also seek $3,500 from each defendant for the emotional & mental injuries that I suffered from due to this incident. Especially, due to the facts that I already suffer from Mental Illness Disorders and has been diagnosed with Bi-Polar (manic depression) disorder, P.T.S.D, Paranoia & chronic depression

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act (PLRA), 42 U.S.C. §1997e(a), requires that "no action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

**A.** Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [✓] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
   Charlotte Correctional Institution

**B.** Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [✓] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [x] Yes
- [ ] No
- [ ] Do not know

If yes, which claim(s)?
8th U.S. Constitutional Amendment Right violation claim for Excessive Force

D. Did You file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did You file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes    N/A (Not Applicable)
- [ ] No

E. If You did file a grievance:

1. Where did You file the grievance?
Charlotte Correctional Institution

2. What did you claim in your grievance?
That the aforementioned rules outlined in chapter 33-602.210(2)(e), F.A.C. was violated along with my 8th U.S.C.A. right was violated when they sprayed me w/ chemical agents illegally on the 2nd occasion for talking. Because this rule prohibits staff from applying chemical agents on inmates based solely for talking. Thus, unnecessary force was applied

3. What was the result, if any?
It was basically DENIED and returned without action

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)
I appealed every decision provided by the respondants on every level of the grievance process to the next step of the level of the grievance process until I was done exhausting all of my administrative remedies and has completed the entire grievance process

F.    If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
N/A. Because I did exhaust all of my remedies

2. If You did not file a grievance but You did inform officials of your claim, state who You informed, when and how, and their response, if any:
   N/A   (Not Applicable)

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
   The defendants to this cause of action (lawsuit) was tampering with my mail by disposing some of the grievances that were filed in regards to this violation

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915 (g)

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible
N/A, Because I never had a case dismissed

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes describe each lawsuit by answering questions 1 through 7 below

1. Parties to the previous lawsuit
   Plaintiff(s) _____ Not Applicable
   Defendant(s) _____ Not Applicable

2. Court (if federal court, name the district; if state court, name the county and state)
   _____ Not Applicable

3. Docket or index number
   _____ Not Applicable

4. Name of Judge assigned to your case
   Not Applicable

5. Approximate date of filing lawsuit
   Not Applicable

6. Is the case still pending?
   ☐ Yes    N/A
   ☐ No

   If no, give the approximate date of disposition  N/A

7. What was the result of the case? (For example: Was the case dismissed? Was judment entered in your favor? Was the case appealed?)
   Not Applicable

C. Have You filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
   ☑ Yes
   ☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous law suits

   Plaintiff(s) __Johnny Burgess__
   Defendant(s) __Jonathan Jorge & FNU Rouse__

2. Court       United States District Court
               Middle District of Florida (Ocala Division)
               Golden-Collum Memorial Federal Building
               United States Courthouse
               207 N.W. Second Street, Room # 337
               Ocala, Florida 34475-6666

3. Docket or index number
   # 5:17-cv-00131-RBD-PRL
   # 5:17-cv-00131-BJD-PRL

4. Name of Judge assigned to your case
   Mr. Paul Lammens (case No.: 5:17-cv-131-Oc-10-PRL)

5. Approximate date of filing lawsuit
   March 29, 2017

6. Is the case still pending?

   [ ] Yes
   [✓] No

If no, give the approximate date of disposition
The case was settled around April 2020

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)
The case was settled for a settlement

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case

Date of Signing: August 16, 2021

## SWORN AFFIDAVIT

**STATE OF FLORIDA** )
                                ) SS.
**COUNTY OF CHARLOTTE** )

    **BEFORE ME**, the undersigned authority, this day personally appeared Johnny Burgess who first being duly sworn, says that he has read the foregoing Sworn Affidavit and has personal knowledge of the facts and matters therein set forth and alleged and that each and all of these facts and matters are true and correct.

*Johnny Burgess*
Affiant

**SWORN AND SUBSCRIBED TO** before me this 10th day of August, 2021

NOTARY PUBLIC or other person authorized to administer an oath (print, type, or stamp commissioned name of notary public)

*Craig Zelina*
Notary Public

Notary Public State of Florida
Craig Zelina
My Commission GG 290518
Expires 01/10/2023

Personally known _____ or produced identification X State ID (FACESHEET)

Type of identification produced: <u>Florida Department of Corrections Inmate Identification Card.</u>

Signature of Plaintiff     /s/ Johnny Burgess
Printed Name of Plaintiff   Johnny Burgess
Prison Identification #    A-1105762
Prison Address             Charlotte C.I.
                           33123 Oil Well Road
                           Punta Gorda, Florida 33955