UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHNNY BURGESS,

    Plaintiff,

v.                                           Case No. 2:21-cv-618-JLB-MRM

DEREK SNIDER et al.,

    Defendants.
_____/

## DEFENDANTS' RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT

COMES NOW the Defendants, Derek Snider, Harold Ramsey, Michael Hughley, and Rami Tabil ("Defendants"), by and through their undersigned counsel, and hereby file this Rule 7.1 and Local Rule 3.03 Disclosure Statement and state:

1. Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

Johnny Burgess, DC#U05762 – Plaintiff, pro se

Florida Department of Corrections

Michael Hughley – Defendant

Office of the Florida Attorney General – Law firm for Defendants Derek Snider, Harold Ramsey, Michael Hughley, and Rami Tabil

Ivy Pereira Rollins – Senior Assistant Attorney General and Counsel for Defendants Derek Snider, Harold Ramsey, Michael Hughley, and Rami Tabil

Harold Ramsey - Defendant

Derek Snider – Defendant

Rami Tabil - Defendant

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

None.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

None.

4. Each person arguably eligible for restitution:

Allegedly Plaintiff, Johnny Burgess, DC# U05762

5. If filed by a nongovernmental corporate party, then identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

    Respectfully submitted,

    ASHLEY MOODY
    ATTORNEY GENERAL

    /s/Ivy Pereira Rollins
    Ivy Pereira Rollins
    Senior Assistant Attorney General
    Florida Bar No. 144770
    Office of the Attorney General
    Concourse Center IV
    3507 E. Frontage Road, Suite 150
    Tampa, Florida 33607

T- (813) 233-2880; F – (813) 281-1859<br>
Ivy.Rollins@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 12, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to those persons capable of receiving such notice of electronic filing. I further certify that a true and correct copy of the foregoing document was sent by First-Class U.S. Mail to Plaintiff, *pro se*, Johnny Burgess DC#U05762, Charlotte Correctional Institution, 33123 Oil Well Road, Punta Gorda, Florida 33955.

/s/Ivy Pereira Rollins<br>
Ivy Pereira Rollins<br>
Senior Assistant Attorney General